IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PURCELL BRONSON,<br>　　　　　　　Plaintiff<br><br>vs.<br><br>MAXINE OVERTON; DOCTOR<br>BAKER; RAYMOND SOBINA; CINDY<br>WATSON,<br>　　　　　　　Defendants | ) <br> ) <br> ) <br> ) Civil Action No. 08-52E<br> ) Chief U.S. Magistrate Judge Amy Reynolds Hay<br> ) <br> ) <br> ) <br> ) |

## ORDER

AND NOW, this 17th day of June, 2010, after the Plaintiff, Purcell Bronson, filed an action in the above-captioned case, and after a Motion to Proceed In Forma Pauperis was filed by Plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until June 14, 2010, to file written objections thereto, and Plaintiff having filed a Motion for Case Management Conference instead of objections to the Report and Recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　　　IT IS HEREBY ORDERED that the Order granting Plaintiff's application for leave to proceed in forma pauperis is VACATED;

　　　　IT IS FURTHER ORDERED that Plaintiff is given until July 17, 2010, in which to pay the filing fee and if he fails to do so, the Court will enter an order dismissing the action for failure to prosecute.

IT IS FURTHER ORDERED that Plaintiff's Motion for Case Management Conference [90] is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                ALAN N. BLOCH
                United States District Judge

cc: Honorable Amy Reynolds Hay
     United States Magistrate Judge

     Purcell Bronson
     AF-8163
     SCI Houtzdale
     Box 1000
     Houtzdale, PA 16698-1000

     All Counsel of Record by electronic filing